IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO POLVOS PENA,

    Plaintiff,                               No. CIV S-12-0006 EFB P

    vs.

JENNIFER SHAFFER, et al.,

    Defendants.                         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and submit an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's February 6, 2012, request is granted and plaintiff has 30 days from the date this order is served to submit an application to proceed *in forma pauperis*.

      So ordered.

DATED: February 13, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE