1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IGNACIO POLVOS PENA,

11          Plaintiff,                    No. 2:12-cv-0006 EFB P

12       vs.

13   JENNIFER SHAFFER, et al.,

14          Defendants.                   ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17   brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18   pursuant to 28 U.S.C. § 636(b)(1).

19       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22   in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23   28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25   ////

26   ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3  the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5  pauperis application upon the Director of the California Department of Corrections and

6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8  Dated:  July 30, 2012.

   _____
9                 EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

2